# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| DANA BOWMAN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 4:23-cv-00498-P |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| LANDMARK AT CROWLEY, LLC, and | § | |
| LANDMARK CONSTRUCTION | § | |
| MANAGEMENT, LLC, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Dana Bowman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby files this Stipulation of Dismissal With Prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 20, 2024.

Respectfully Submitted,

CALHOUN & ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100
(214) 308-1947 Fax
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2024, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Jason Binford<br>Frances A. Smith<br>Jonathan Gitlin<br>ROSS, SMITH & BINFORD, PC<br>700 North Pearl Street, Suite 1610<br>Dallas, Texas 75201<br>jason.binford@rsbfirm.com<br>frances.smith@rsbfirm.com<br>jonathan.gitlin@rsbfirm.com | *Counsel for Defendants Landmark at Crowley, LLC and Landmark Construction Management, LLC* |

                                                 */s/ Eric G. Calhoun*
                                                 Eric G. Calhoun